| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 1:17CR00221-001 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | | CR 22-99-UNA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Austin Campbell | Western District of New York | Buffalo |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Frank P. Geraci Jr., U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/2/2022 | TO 3/1/2032 |

OFFENSE
Interstate Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b)

FILED
SEP 27 2022
U.S. DISTRICT COURT DISTRICT OF DELAWARE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Delaware   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* *Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.*

9/15/2022
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/5/22
Effective Date

United States District Judge